**CGFD28** (10/01/16)



ORDERED in the Southern District of Florida on November 20, 2018

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–17588–EPK
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jorge Alberto Martinez
dba Acreage Aluminum, Inc

13749 54th Lane North
West Palm Beach, FL 33411

SSN: xxx–xx–8927

## FINAL DECREE

The trustee, Robin R Weiner, having filed a final report that the estate has been fully administered, is discharged and the case is closed.